

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

2025 DEC 10 P 3: 18

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1: 25-cr- 00189-SDN |
| CODY SMITH | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: November 10, 2025

/s/ Joel B. Casey
Assistant U.S. Attorney