UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-cr-00189-SDN |
| | ) | |
| CODY SMITH, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF TEMPORARY DETENTION**

A motion to revoke Defendant's bail was filed on April 27, 2026.   (Motion, ECF No. 35.)   On April 27, 2026, the Defendant appeared before this Court for an initial appearance on the motion.   At the parties' request and as discussed on the record, the Court will conduct a hearing on the motion on April 30, 2026, at 9:00 a.m.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pending the hearing on the motion to revoke bail.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 27th day of April, 2026.